IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

ANGELA KRINN,            Case No. 2:25-CV-0844-BHL

    Plaintiff,

v.

CR BARD INC.,
BECTON DICKINSON AND COMPANY,
DAVOL INC.,
ALYSANDRA LAL, M.D.,
F.W. MADISON MEDICAL ASSOCIATES, S.C.,
INJURED PATIENTS AND FAMILIES COMPENSATION FUND,
COLUMBIA ST. MARY'S HOSPITAL MILWAUKEE, INC.,
THE MEDICAL PROTECTIVE COMPANY, and
DOES 1 THROUGH 100, INCLUSIVE

    Defendants.

---

## AMENDED NOTICE OF APPEARANCE

TO:    ALL PARTIES

PLEASE TAKE NOTICE that Attorney Katherine E. Cortesy of Corneille Law Group, LLC, has been retained to represent defendant Columbia St. Mary's Hospital Milwaukee, Inc. **ONLY** in the above action and demands that copies of all papers subsequent to the Summons and Complaint be served upon her at her offices.

Dated this 30th day of June 2025.

                             **CORNEILLE LAW GROUP, LLC**

                             _Electronically signed by: Katherine E. Cortesy_
                             Mark T. Budzinski
                             State Bar No. 1036103
                             Katherine E. Cortesy
                             State Bar No. 1132697
                             Attorneys for defendant Columbia St. Mary's Hospital Milwaukee, Inc.

3113 West Beltline Hwy, Suite 100
Madison, WI 53713
608-662-1180
budzinskim@corneillelaw.com
cortesyk@corneillelaw.com